**Leslie ATKINSON, Petitioner–
Appellant,**

v.

**Stephen DEWALT, Respondent–
Appellee.**

No. 03–6668.

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 30, 2003.

Decided Oct. 7, 2003.

Leslie Atkinson, Appellant Pro Se. Ru-
dolf A. Renfer, Jr., Assistant United States

Attorney, Raleigh, North Carolina, for Appellee.

Before WILKINSON, NIEMEYER, and MICHAEL, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Leslie Atkinson, a federal prisoner, appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Atkinson v. Dewalt,* No. CA–02–526–BO–5 (E.D.N.C. Feb. 25, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*